**SO ORDERED.**

**SIGNED August 8, 2017.**



_____
**ROBERT SUMMERHAYS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:

| | |
|---|---|
| **KNIGHT ENERGY HOLDINGS, LLC** | CASE NO. 17-51014 |
|     TAX ID NO. XX-XXX1930 | |
| | |
| **KNIGHT OIL TOOLS, LLC** | CASE NO. 17-51015 |
|     TAX ID NO. XX-XXX2667 | |
| | |
| **KNIGHT MANUFACTURING, LLC** | CASE NO. 17-51016 |
|     TAX ID NO. XX-XXX0600 | |
| | |
| **KDCC, LLC f/k/a** | CASE NO. 17-51017 |
| **KNIGHT WELL SERVICES, LLC** | |
|     TAX ID NO. XX-XXX4156 | |
| | |
| **TRI-DRILL, LLC** | CASE NO. 17-51018 |
|     TAX ID NO. XX-XXX4957 | |
| | |
| **ADVANCE SAFETY AND TRAINING** | CASE NO. 17-51019 |
|   **MANAGEMENT, LLC** | |
|     TAX ID NO. XX-XXX0510 | |
| | |
| **KNIGHT SECURITY, LLC** | CASE NO. 17-51020 |
|     TAX ID NO. XX-XXX0923 | |

| | |
|---|---|
| **KNIGHT INFORMATION SYSTEMS, LLC**  TAX ID NO. XX-XXX0000 | **CASE NO. 17-51021** |
| **EL CABALLERO RANCH, INC.**  TAX ID NO. XX-XXX7345 | **CASE NO. 17-51022** |
| **RAYNE PROPERTIES, LLC**  TAX ID NO. XX-XXX0000 | **CASE NO. 17-51023** |
| **KNIGHT AVIATION, LLC**  TAX ID NO. XX-XXX3329 | **CASE NO. 17-51024** |
| **KNIGHT RESEARCH & DEVELOPMENT, LLC**  TAX ID NO. XX-XXX3760 | **CASE NO. 17-51025** |
| **KNIGHT FAMILY ENTERPRISES, LLC**  TAX ID NO. XX-XXX7190 | **CASE NO. 17-51026** |
| **HMC LEASING, LLC**  TAX ID NO. XX-XXX0814 | **CASE NO. 17-51027** |
| **HMC INVESTMENTS, LLC**  TAX ID NO. XX-XXX0000 | **CASE NO. 17-51029** |
| **DEBTORS** | **(JOINT ADMINISTRATION REQUESTED)** |

**INTERIM ORDER PURSUANT TO BANKRUPTCY RULE 1015(b) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon consideration of the *Emergency Motion for Order under Bankruptcy Rule 1015(b) Directing Joint Administration of Chapter 11 Cases* [Dkt. #2] (the "Motion") filed by Knight Energy Holdings, LLC; Knight Oil Tools, LLC; Knight Manufacturing, LLC; KDCC, LLC f/k/a Knight Well Services, LLC; Tri-Drill, LLC; Advanced Safety & Training Management, LLC; Knight Security, LLC; Knight Information Systems, LLC; El Caballero Ranch, Inc.; Rayne Properties, LLC; Knight Aviation, LLC; Knight Research & Development, LLC; Knight Family Enterprises, LLC; HMC Leasing, LLC; and HMC Investments, LLC (the "Debtors"), and the Court finding that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28

2

{00351637-2}

17-51015 - #4   File 08/08/17   Enter 08/08/17 14:18:55   Main Document   Pg 2 of 6

U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; (iv) proper and adequate notice of the Motion has been given and no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein; therefore:

**IT IS ORDERED** that the Motion is **GRANTED** on an interim basis;

**IT IS FURTHER ORDERED** that the above-captioned Chapter 11 Cases are hereby consolidated for procedural purposes only, and the above-captioned Chapters 11 Cases shall be jointly administered by the Court effective as of the filing of the petitions;

**IT IS FURTHER ORDERED** that nothing contained in this Order or the Motion shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases;

**IT IS FURTHER ORDERED** that the Clerk shall use a single docket, creditor matrix, and Limited Service List for administrative matters for the filing and docketing of all orders, pleadings, papers and documents in the Debtors' cases into the case of Knight Energy Holdings, LLC, Case No. 17-51014. Each case will maintain its own separate claims register;

**IT IS FURTHER ORDERED** that the official caption of the jointly administered cases shall be as set forth below:

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**KNIGHT ENERGY HOLDINGS, LLC,** *et al.*,[1]<br><br>**DEBTORS** | **CASE NO. 17-51014**<br><br>**(JOINTLY ADMINISTERED)**<br><br>**CHAPTER 11**<br><br>**CHIEF JUDGE ROBERT SUMMERHAYS** |

**IT IS FURTHER ORDERED** that that a docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Knight Oil Tools, LLC (17-51015); Knight Manufacturing, LLC (17-51016); KDCC, LLC f/k/a Knight Well Services, LLC (17-51017); Tri-Drill, LLC (17-51018); Advanced Safety & Training Management, LLC (17-51019); Knight Security, LLC (17-51020); Knight Information Systems, LLC (17-51021); El Caballero Ranch, Inc. (17-51022); Rayne Properties, LLC (17-51023); Knight Aviation, LLC (17-51024); Knight Research & Development, LLC (17-51025); Knight Family Enterprises, LLC (17-51026); HMC Leasing, LLC (17-51027); and HMC Investments, LLC (17-51029)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Knight Energy Holdings, LLC (1930) (Case No. 17-51014); Knight Oil Tools, LLC (2667) (Case No. 17-51015); Knight Manufacturing, LLC (0600) (Case No. 17-51016); KDCC, LLC, f/k/a Knight Well Services, LLC (4156) (Case No. 17-51017); Tri-Drill, LLC (4957) (Case No. 17-51018); Advanced Safety & Training Management, LLC, (0510) (Case No. 17-51019); Knight Security, LLC (0923) (Case No. 17-51020); Knight Information Systems, LLC (0000) (Case No. 17-51021); El Caballero Ranch, Inc. (7345) (Case No. 17-51022); Rayne Properties, LLC (0000) (Case No. 17-51023); Knight Aviation, LLC (3329) (Case No. 17-51024); Knight Research & Development, LLC (3760) (Case No. 17-51025); Knight Family Enterprises, LLC (7190) (Case No. 17-51026); HMC Leasing, LLC (0814) (Case No. 17-51027) and HMC Investments, LLC (0000) (Case No. 17-51029). The Debtors' service address is 2272 SE Evangeline Thruway, Lafayette, Louisiana 70508 other than Knight Manufacturing, LLC and Advanced Safety & Training Management, LLC. Knight Manufacturing, LLC's service address is 2810-A Melancon Road, Broussard, Louisiana 70518 and Advanced Safety & Training Management, LLC's service address is 1042 Forum Drive, Broussard, Louisiana 70518.

4

with Knight Energy Holdings, LLC (17-51014). The docket in the chapter 11 case of Knight Energy Holdings, LLC should be consulted for all matters affecting this case.

**IT IS FURTHER ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry;

**IT IS FURTHER ORDERED** that a final hearing will be held on the Motion on **August 22, 2017 at 10:00 a.m., IF AND ONLY IF** an objection is filed to the Motion, before the Honorable Robert Summerhays, United States Bankruptcy Court, Western District of Louisiana – Lafayette Division, 214 Jefferson Street, Suite 100, Lafayette, Louisiana 70501. Any interested party having an objection or response to the Motion must file a written objection or response with the Clerk of Court, United States Bankruptcy Court, Western District of Louisiana – Lafayette Division by 5:00 p.m. no later than seven (7) calendar days prior to the scheduled hearing and must serve a copy of the written objection or response on the Debtors through undersigned counsel by that date. If no party in interest objects, this Order shall be final approval of the Motion.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

# # #

Prepared and submitted by:

 */s/ William H. Patrick, III*
Douglas S. Draper (LA #5073)
William H. Patrick, III (LA #10359)
Tristan E. Manthey (LA #24539)
Cherie D. Nobles (LA #30476)
**Heller, Draper, Patrick, Horn & Dabney, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: 504.299.3300 // Facsimile: 504.299.3399
Email: ddraper@hellerdraper.com
Email: wpatrick@hellerdraper.com
Email: tmanthey@hellerdraper.com
Email: cnobles@hellerdraper.com
**PROPOSED COUNSEL FOR DEBTORS**