## ACTION BY MEMBER OF
## KNIGHT OIL TOOLS, LLC, KNIGHT MANUFACTURING, LLC, KDDC, LLC f/k/a KNIGHT WELL SERVICES, LLC, TRI-DRILL, LLC, ADVANCED SAFETY & TRAINING MANAGEMENT, LLC, KNIGHT SECURITY, LLC, KNIGHT INFORMATION SYSTEMS, LLC, EL CABALLERO RANCH, INC., RAYNE PROPERTIES, LLC, KNIGHT AVIATION, LLC, AND ALL FILING ENTITIES

The undersigned sole member of Knight Oil Tools, LLC, Knight Manufacturing, LLC, KDDC, LLC f/k/a Knight Well Services, LLC, Tri-Drill, LLC, Advanced Safety & Training Management, LLC, Knight Security, LLC, Knight Information Systems, LLC, El Caballero Ranch, Inc., Rayne Properties, LLC, and Knight Aviation, LLC (collectively, with all filing entities, the "**Company**"), in accordance with the authority contained in the Louisiana Limited Liability Company Act, any operating agreement of the Company and applicable law, hereby adopt the following resolutions:

**RESOLVED,** that it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11, of the United States Code (the "Bankruptcy Code"); and it is further

**RESOLVED,** that the form of Chapter 11 petition shall be as required by law and is approved and adopted in all respects, and that Kelly Sobiesk be, and hereby is, authorized and directed, on behalf of and in the name of the Company to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Western District of Louisiana, Lafayette Division ("Bankruptcy Court"); and it is further

**RESOLVED,** that the Company has previously retained and employed Heller, Draper, Patrick, Horn & Dabney, L.L.C. ("Heller Draper") as bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including but not limited to, filing and pleading, and in connection therewith. Heller Draper is hereby authorized and directed to file the appropriate retention papers in the Bankruptcy Court; and it is further

**RESOLVED,** that the Company has previously retained and employed Opportune LLP as Crisis Manager and Gary L. Pittman as the Company's Chief Restructuring Officer, to assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including but not limited to filing and pleading, and in connection therewith. Opportune is hereby authorized and directed to file the appropriate retention papers in the Bankruptcy Court; and it is further

{00358903-1}  1

**RESOLVED**, that any and all past actions heretofore taken by officers or directors of the Company in the name and on behalf of the Company in furtherance of any or all of these resolutions be, and the same hereby are, ratified, confirmed and approved.

[SIGNATURE PAGE TO FOLLOW]

IN WITNESS WHEREOF, the undersigned have caused this Action by Written Consent to be executed as of date first set forth above.

        **ADVANCED SAFETY AND TRAINING MANAGEMENT LLC**

        **EL CABALLERO RANCH INC.**

        **KNIGHT AVIATION LLC**

        **KNIGHT INFORMATION SYSTEMS LLC**

        **KNIGHT MANUFACTURING LLC**

        **KNIGHT OIL TOOLS LLC**

        **KNIGHT SECURITY LLC**

        **KDDC, LLC f/k/a KNIGHT WELL SERVICES LLC**

        **RAYNE PROPERTIES LLC**

        **TRI DRILL LLC**

        _/s/ Kelley K. Sobiesk_
        Knight Energy Holdings, LLC
        Sole Member

{00358903-1}　　　　　3

17-51015 - #5   File 08/09/17   Enter 08/09/17 09:46:57   Main Document   Pg 3 of 3