# United States Bankruptcy Court
## Western District of Louisiana

In re:      **Knight Oil Tools, LLC,**
Case No.      **17-51015 Jointly Administered Under Case No 17-51014**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:      Name of Transferor:
**Fair Harbor Capital, LLC**      **B Line Lube Center (aka Freeman Asset Mgmt & Holding Inc)**
As assignee of B Line Lube Center (aka Freeman Asset Mgmt & Holding Inc)

Name and Address where notices to transferee should be sent:

     **Fair Harbor Capital, LLC**
     **Ansonia Finance Station**
     **PO Box 237037**
     **New York, NY 10023**

Court Claim # (if known): 165
Amount of Claim: $765.08
Date Claim Filed:

Name and Address of Transferor:

     B Line Lube Center (aka Freeman Asset Mgmt & Holding Inc)
     PO Box 4617
     Odessa, TX 79760

Phone:    212 967 4035
Last Four Digits of Acct #:    n/a

Phone:
Last Four Digits of Acct. #:    n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:    n/a
Last Four Digits of Acct #:    n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:      /s/*Fredric Glass*      Date: November 21, 2017
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
# Western District of Louisiana

In re:     Knight Oil Tools, LLC,
Case No.    17-51015 Jointly Administered Under Case No 17-51014

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

**Claim No. 165 (if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on November 21, 2017.

Name of Transferee:
**Fair Harbor Capital, LLC**
As assignee of B Line Lube Center (aka Freeman Asset Mgmt & Holding Inc)

Name of Alleged Transferor:
B Line Lube Center (aka Freeman Asset Mgmt & Holding Inc)

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY 10023**

Name and Address of Alleged Transferor:

B Line Lube Center (aka Freeman Asset Mgmt & Holding Inc)
PO Box 4617
Odessa, TX 79760

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                          _____
                                                                                  Clerk of the Court

## Notice of Transfer and Waiver of Notice

B LINE LUBE CENTER ("Seller") sells, transfers and assigns unto Fair Harbor Capital, LLC, with and address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's claim in the amount of $765.08 (as defined in the Agreement) against Knight Oil Tools, LLC or any of its co-debtor in the United States Bankruptcy Court, Western District of Louisiana, Case No 17-51014, et al.,

Seller Hereby waives its right to raise and objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

In Witness Whereof, B LINE LUBE CENTER (Seller) has signed below as of __11/14/2017__ (date)

By _Craig Freeman_ (Signature)    _Craig Freeman_ (Print Name)

In Witness Whereof, Fair Harbor Capital, LLC (Purchaser) has signed
By: _____
~~Fred Glass~~
Victor Knox